IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ACUSHNET COMPANY,<br><br>    Defendant. | C.A. No. 07-367 (SLR) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Frank E. Scherkenbach, John E. Gartman, Michael J. Kane, William R. Woodford and Joshua Bleet, to represent plaintiff Callaway Golf Company in this matter.

Dated: July 24, 2007          FISH & RICHARDSON P.C.

                              By: /s/ *Thomas L. Halkowski*
                                  Thomas L. Halkowski (#4099)
                                  919 N. Market Street, Suite 1100
                                  P.O. Box 1114
                                  Wilmington, DE 19899-1114
                                  Tel: (302) 652-5070
                                  Fax: (302) 652-0607

                              *Attorneys for Plaintiff*
                              *CALLAWAY GOLF COMPANY*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2007     _____
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Massachusetts, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective, 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's office upon the filing of this motion.

Dated: July 18, 2007        Signed: /s/ Frank E. Scherkenbach
Frank E. Scherkenbach
FISH & RICHARDSON P.C.
225 Franklin Street
Boston MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906
Email: scherkenbach@fr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective, 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's office upon the filing of this motion.

Dated: July 13, 2007

Signed: /s/ John E. Gartman
John E. Gartman
FISH & RICHARDSON P.C.
12290 El Camino Real
San Diego, CA 92130
Telephone: (858) 679-5070
Facsimile: (858) 678-5099

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Minnesota, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective, 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's office upon the filing of this motion.

Dated: July 20, 2007        Signed: _____
                                    Michael J. Kane
                                    FISH & RICHARDSON P.C.
                                    3300 Dain Rauscher Plaza
                                    60 South Sixth Street
                                    Minneapolis, MN  55402
                                    Telephone: (612) 335-5070
                                    Facsimile:  (612) 288-9696
                                    Email: kane@fr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Minnesota, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective, 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's office upon the filing of this motion.

Dated: July 20, 2007        Signed: _____
                                    William R. Woodford
                                    FISH & RICHARDSON P.C.
                                    3300 Dain Rauscher Plaza
                                    60 South Sixth Street
                                    Minneapolis, MN 55402
                                    Telephone: (612) 335-5070
                                    Facsimile: (612) 288-9696
                                    Email: woodford@fr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Minnesota, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective, 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's office upon the filing of this motion.

Dated: July 20, 2007        Signed: /s/ Joshua Bleet
                                    Joshua Bleet
                                    FISH & RICHARDSON P.C.
                                    3300 Dain Rauscher Plaza
                                    60 South Sixth Street
                                    Minneapolis, MN  55402
                                    Telephone:  (612) 335-5070
                                    Facsimile:   (612) 288-9696
                                    Email: bleet@fr.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2007, I electronically filed the attached **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

Richard L. Horwitz
rhorwitz@potteranderson.com
David E. Moore
dmoore@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza, 6th floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19801
Telephone: (302) 984-6000

Attorneys for Defendant
ACUSHNET COMPANY

I hereby certify that on July 24, 2007, I have mailed by United Sates Postal Service, the document(s) to the following non-registered participants:

Joshua Krumholz
Joshua.krumholz@hklaw.com
Thomas M. Johnson
Thomas.johnston@hklaw.com
Holland & Knight
10 St. James Avenue, 11th Floor
Boston, MA 02116
Telephone: (617) 573-5820
Facsimile: (617) 523-6850

Attorneys for Defendant
ACUSHNET COMPANY

/s/ Thomas L. Halkowski
Thomas L. Halkowski