# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,  ) | |
|                        ) | |
|           Plaintiff,   ) | C.A. No. 07-367 (SLR) |
|     v.                 ) | |
|                        ) | |
| ACUSHNET COMPANY,      ) | **JURY TRIAL DEMANDED** |
|                        ) | |
|           Defendant.   ) | |

## STIPULATION FOR EXTENSION OF TIME

Plaintiff and Defendant hereby stipulate, subject to the approval of the Court, that Plaintiff's time to respond to the Answer and Counterclaim in this action is extended to August 31, 2007.

FISH & RICHARDSON P.C.                     POTTER ANDERSON & CORROON LLP

By: /s/___Thomas L. Halkowski_____      By: /s/ RICHARD L. HORWITZ_____
    Thomas L. Halkowski (#4099)               Richard L. Horwitz (#2246)
    Fish & Richardson P.C.                    David E. Moore (#3983)
    919 N. Market Street, Suite 1100          Hercules Plaza, 6th Floor
    P. O. Box 1114                            1313 N. Market Street
    Wilmington, DE 19899-1114                 Wilmington, DE 19801
    Telephone (302) 652-5070                  Telephone (302) 984-6000
    halkowski@fr.com                          rhorwitz@potteranderson.com
                                              dmoore@potteranderson.com

*Attorneys for Plaintiff*

*Attorneys for Defendant*


    SO ORDERED this _____ day of _____, 2007.


                                              _____
                                              United States District Court Judge

804162 / 31957