IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALLAWAY GOLF COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 07-367-SLR |
| v. | ) | |
| | ) | |
| ACUSHNET COMPANY, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

The undersigned, counsel for Defendant, hereby certifies that copies of the following documents were caused to be served on August 16, 2007, upon the following attorneys of record at the following addresses as indicated:

ACUSHNET'S FIRST SET OF REQUESTS FOR THE PRODUCTION
OF DOCUMENTS AND THINGS TO PLAINTIFF [NOS. 1-40]

### VIA HAND DELIVERY

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE  19899-1114
halkowski@fr.com

### VIA ELECTRONIC MAIL

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804
scherkenbach@fr.com

John E. Gartman
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA  92130
gartman@fr.com

**VIA ELECTRONIC MAIL (cont'd)**

Michael J. Kane
William R. Woodford
Fish & Richardson P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
kane@fr.com
woodford@fr.com

                        POTTER ANDERSON & CORROON LLP

OF COUNSEL:                    By:  */s/ David E. Moore*
                                               Richard L. Horwitz (#2246)
Joshua C. Krumholz             David E. Moore (#3983)
Thomas M. Johnston             Hercules Plaza 6th Floor
HOLLAND & KNIGHT LLP      1313 N. Market Street
10 St. James Avenue 11th Floor  P.O. Box 951
Boston, MA 02116                Wilmington, DE 19899
Tel: (617) 573-5820              Tel: (302) 984-6000
                                               rhorwitz@potteranderson.com
Dated: August 16, 2007         dmoore@potteranderson.com
813142 / 31957

                                               *Attorneys for Defendant Acushnet Company*

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 16, 2007, a true and correct copy of the within document was caused to be served on the attorney of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899-1114
halkowski@fr.com

**VIA ELECTRONIC MAIL**

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
scherkenbach@fr.com

Michael J. Kane
William R. Woodford
Fish & Richardson P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
kane@fr.com
woodford@fr.com

John E. Gartman
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
gartman@fr.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

804410 / 31957