IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>              Plaintiff,<br><br>      v.<br><br>ACUSHNET COMPANY,<br><br>              Defendant. | C. A. No. 07-367 (SLR) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on September 12, 2007, a true and correct copy of **PLAINTIFF CALLAWAY GOLF COMPANY'S INITIAL DISCLOSURES UNDER RULE 26(a)(1)** was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA EMAIL**

Richard L. Horwitz
rhorwitz@potteranderson.com
David E. Moore
dmoore@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza, 6th floor
1313 N. Market Street
Wilmington, DE 19801

**VIA EMAIL**

Joshua C. Krumholz
joshua.krumholz@hklaw.com
Thomas M. Johnston
thomas.johnston@hklaw.com
Holland & Knight LLP
10 St. James Avenue, 11th Floor
Boston, MA  02116

Dated: September 12, 2007    FISH & RICHARDSON P.C.


By: */s/ Thomas L. Halkowski*
Thomas L. Halkowski (#4099)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
Fax: (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Tel: (617) 542-5070
Fax: (617) 542-8906

Michael J. Kane
William R. Woodford
Joshua H. Bleet
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

**Attorneys for Plaintiff
CALLAWAY GOLF COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2007, I have caused the foregoing to be Electronically Mailed to the following person(s):

**BY EMAIL**

| | |
|---|---|
| Richard L. Horwitz<br>  rhorwitz@potteranderson.com<br>David E. Moore<br>  dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000 | Attorneys for Defendant ACUSHNET COMPANY |

**BY EMAIL**

| | |
|---|---|
| Joshua C. Krumholz<br>Thomas M. Johnston<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA 02116<br>Telephone: (617) 573-5820 | Attorneys for Defendant ACUSHNET COMPANY |

Joshua C. Krumholz
  joshua.krumholz@hklaw.com
Thomas M. Johnston
  thomas.johnston@hklaw.com

*/s/ Thomas L. Halkowski*
     Thomas L. Halkowski