IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>ACUSHNET COMPANY,<br><br>        Defendant. | C. A. No. 07-367 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 18, 2007, a true and correct copy of **PLAINTIFF CALLAWAY GOLF COMPANY'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT ACUSHNET COMPANY (NOS. 1-46)** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Richard L. Horwitz<br>  rhorwitz@potteranderson.com<br>David E. Moore<br>  dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000 | Attorneys for Defendant ACUSHNET COMPANY |

**BY EMAIL**

| | |
|---|---|
| Joshua C. Krumholz<br>  Joshua.krumholz@hklaw.com<br>Thomas M. Johnston<br>  Thomas.johnston@hklaw.com<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA  02116<br>Telephone:  (617) 573-5820 | Attorneys for Defendant ACUSHNET COMPANY |

Dated:  September 19, 2007   FISH & RICHARDSON P.C.


By:  */s/ Thomas L. Halkowski*
     Thomas L. Halkowski (#4099)
     919 N. Market Street, Suite 1100
     P.O. Box 1114
     Wilmington, DE  19899-1114
     Telephone:  (302) 652-5070
     Facsimile:  (302) 652-0607

     Of Counsel:

     Frank E. Scherkenbach
     225 Franklin Street
     Boston, MA  02110-2804
     Telephone:  (617) 542-5070
     Facsimile:  (617) 542-8906

     Michael J. Kane
     William R. Woodford
     Joshua H. Bleet
     60 South Sixth Street, Suite 3300
     Minneapolis, MN  55402
     Telephone:  (612) 335-5070
     Facsimile:  (612) 288-9696

**ATTORNEYS FOR PLAINTIFF
CALLAWAY GOLF COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2007, I electronically filed with the Clerk of Court **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.  In addition, the document was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Richard L. Horwitz<br>    rhorwitz@potteranderson.com<br>David E. Moore<br>    dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone:  (302) 984-6000 | Attorneys for Defendant ACUSHNET COMPANY |

**BY EMAIL**

| | |
|---|---|
| Joshua C. Krumholz<br>    Joshua.krumholz@hklaw.com<br>Thomas M. Johnston<br>    Thomas.johnston@hklaw.com<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA  02116<br>Telephone:  (617) 573-5820 | Attorneys for Defendant ACUSHNET COMPANY |

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

80049288.doc