IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>               Plaintiff,<br><br>    v.<br><br>ACUSHNET COMPANY,<br><br>               Defendant. | C. A. No. 07-367 (SLR) |

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Jennifer K. Bush and Craig E. Countryman, to represent plaintiff Callaway Golf Company in this matter.

Dated: October 3, 2007         FISH & RICHARDSON P.C.

                                              By: /s/ *Thomas L. Halkowski*
                                                  Thomas L. Halkowski (#4099)
                                                  919 N. Market Street, Suite 1100
                                                  P.O. Box 1114
                                                  Wilmington, DE 19899-1114
                                                  Tel: (302) 652-5070
                                                  Fax: (302) 652-0607

                                          *Attorneys for Plaintiff*
                                          *CALLAWAY GOLF COMPANY*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2007           _____
                                                       United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective, 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: Sept. 27, 2007          Signed: _____
                                       Craig E. Countryman
                                       FISH & RICHARDSON P.C.
                                       12390 El Camino Real
                                       San Diego, CA  92130

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective, 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: September 27, 2007        Signed: Jennifer K. Bush
                                                                      Jennifer K. Bush
                                                                      FISH & RICHARDSON P.C.
                                                                      12390 El Camino Real
                                                                      San Diego, CA  92130

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2007, the attached document was electronically filed with the Clerk of Court using CM/ECF which will send electronic notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on October 3, 2007, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | Attorneys for Defendant<br>ACUSHNET COMPANY |
| Joshua C. Krumholz<br>Thomas M. Johnston<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA 02116<br>Telephone: (617) 573-5820 | Attorneys for Defendant<br>ACUSHNET COMPANY |

Joshua C. Krumholz
  joshua.krumholz@hklaw.com
Thomas M. Johnston
  thomas.johnston@hklaw.com

 

*/s/ Thomas L. Halkowski*
Thomas L. Halkowski