IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ACUSHNET COMPANY,<br><br>　　　　　Defendant. | C. A. No. 07-367 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 24, 2007, a true and correct copy of

**PLAINTIFF CALLAWAY GOLF COMPANY'S FIRST SET OF INTERROGATORIES PROPOUNDED TO DEFENDANT ACUSHNET COMPANY (NOS. 1-9)** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL**

Richard L. Horwitz
　rhorwitz@potteranderson.com
David E. Moore
　dmoore@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza, 6th floor
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000

Attorneys for Defendant ACUSHNET COMPANY

**BY EMAIL**

Joshua C. Krumholz  
  Joshua.krumholz@hklaw.com  
Thomas M. Johnston  
  Thomas.johnston@hklaw.com  
Holland & Knight LLP  
10 St. James Avenue, 11th Floor  
Boston, MA 02116  
Telephone: (617) 573-5820

Attorneys for Defendant ACUSHNET COMPANY

Dated: October 4, 2007

FISH & RICHARDSON P.C.

By: */s/ Thomas L. Halkowski*  
    Thomas L. Halkowski (#4099)  
    919 N. Market Street, Suite 1100  
    P.O. Box 1114  
    Wilmington, DE 19899-1114  
    Telephone: (302) 652-5070  
    Facsimile: (302) 652-0607

    Frank E. Scherkenbach  
    225 Franklin Street  
    Boston, MA 02110-2804  
    Telephone: (617) 542-5070  
    Facsimile: (617) 542-8906

    Michael J. Kane  
    William R. Woodford  
    Joshua H. Bleet  
    60 South Sixth Street, Suite 3300  
    Minneapolis, MN 55402  
    Telephone: (612) 335-5070  
    Facsimile: (612) 288-9696

**ATTORNEYS FOR PLAINTIFF CALLAWAY GOLF COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2007, I electronically filed with the Clerk of Court **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the document was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Richard L. Horwitz<br>   rhorwitz@potteranderson.com<br>David E. Moore<br>   dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone:  (302) 984-6000 | Attorneys for Defendant ACUSHNET COMPANY |

**BY EMAIL**

| | |
|---|---|
| Joshua C. Krumholz<br>   Joshua.krumholz@hklaw.com<br>Thomas M. Johnston<br>   Thomas.johnston@hklaw.com<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA  02116<br>Telephone:  (617) 573-5820 | Attorneys for Defendant ACUSHNET COMPANY |

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

80049288.doc