IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | |
| Plaintiff, | |
| v. | C. A. No. 07-367 (SLR) |
| ACUSHNET COMPANY, | |
| Defendant. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 13, 2007, a true and correct copy of

**PLAINTIFF CALLAWAY GOLF COMPANY'S RESPONSE TO DEFENDANT**

**ACUSHNET COMPANY'S FIRST SUPPLEMENTAL RESPONSE TO**

**INTERROGATORY NO. 9** were caused to be served on the attorneys of record, at the

following addresses and in the manner indicated:

### BY EMAIL

Richard L. Horwitz
  rhorwitz@potteranderson.com
David E. Moore
  dmoore@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza, 6th floor
1313 N. Market Street
Wilmington, DE 19801
Telephone:  (302) 984-6000

Attorneys for Defendant
ACUSHNET COMPANY

**BY EMAIL**

Joshua C. Krumholz
  Joshua.krumholz@hklaw.com
Thomas M. Johnston
  Thomas.johnston@hklaw.com
Holland & Knight LLP
10 St. James Avenue, 11th Floor
Boston, MA  02116
Telephone:  (617) 573-5820

Attorneys for Defendant
ACUSHNET COMPANY


Dated:  December 13, 2007

FISH & RICHARDSON P.C.


By: */s/ Thomas L. Halkowski*
     Thomas L. Halkowski (#4099)
     919 N. Market Street, Suite 1100
     P.O. Box 1114
     Wilmington, DE  19899-1114
     Telephone:  (302) 652-5070
     Facsimile:  (302) 652-0607

     Frank E. Scherkenbach
     225 Franklin Street
     Boston, MA  02110-2804
     Telephone:  (617) 542-5070
     Facsimile:  (617) 542-8906

     Michael J. Kane
     William R. Woodford
     Joshua H. Bleet
     60 South Sixth Street, Suite 3300
     Minneapolis, MN  55402
     Telephone:  (612) 335-5070
     Facsimile:  (612) 288-9696

     Jennifer K. Bush
     Craig E. Countryman
     12390 El Camino Real
     San Diego, CA 92130
     Telephone:  (858) 678-5070
     Facsimile: (858) 678-5099

Attorneys for Plaintiff
Callaway Golf Company

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2007, I electronically filed with the Clerk of Court the attached **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.  In addition, the document was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Richard L. Horwitz<br>  rhorwitz@potteranderson.com<br>David E. Moore<br>  dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone:  (302) 984-6000 | Attorneys for Defendant<br>ACUSHNET COMPANY |

**BY EMAIL**

| | |
|---|---|
| Joshua C. Krumholz<br>  Joshua.krumholz@hklaw.com<br>Thomas M. Johnston<br>  Thomas.johnston@hklaw.com<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA  02116<br>Telephone:  (617) 573-5820 | Attorneys for Defendant<br>ACUSHNET COMPANY |

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

80052873.doc