IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 07-367-SLR |
| v. ) | |
| ) | |
| ACUSHNET COMPANY, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant, hereby certifies that copies of the following documents were caused to be served on November 30, 2007, upon the following attorneys of record at the following addresses as indicated:

ACUSHNET'S SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF (NOS. 41-43)

### VIA ELECTRONIC MAIL AND FACSIMILE

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899-1114
halkowski@fr.com

John E. Gartman
Craig E. Countryman
Jennifer K. Bush
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
gartman@fr.com
countryman@fr.com
bush@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
scherkenbach@fr.com

Michael J. Kane
William R. Woodford
Fish & Richardson P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
kane@fr.com
woodford@fr.com

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: /s/ David E. Moore |
| | Richard L. Horwitz (#2246) |
| Joshua C. Krumholz | David E. Moore (#3983) |
| Thomas M. Johnston | Hercules Plaza 6th Floor |
| HOLLAND & KNIGHT LLP | 1313 N. Market Street |
| 10 St. James Avenue 11th Floor | P.O. Box 951 |
| Boston, MA 02116 | Wilmington, DE 19899 |
| Tel: (617) 573-5820 | Tel: (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| Dated: January 9, 2008 | *Attorneys for Defendant Acushnet Company* |
| 841563 / 31957 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 9, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 9, 2008, I have Electronically Mailed and Faxed the documents to the following person(s):

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899-1114
halkowski@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
scherkenbach@fr.com

John E. Gartman
Craig E. Countryman
Jennifer K. Bush
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
gartman@fr.com
countryman@fr.com
bush@fr.com

Michael J. Kane
William R. Woodford
Fish & Richardson P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
kane@fr.com
woodford@fr.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

804408 / 31957