## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALLAWAY GOLF COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 07-367-SLR |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| ACUSHNET COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Acushnet Company ("Acushnet") will take the depositions of the individuals listed below on the dates and at the times so noted. The depositions will continue from day to day until completed. The depositions will take place at the offices of Sheppard Mullin Richter & Hampton LLP, 501 West Broadway, 19th Floor, San Diego, CA 92101-3598. The depositions will be by oral examination and may be recorded by any means permitted under Federal Rules of Civil Procedure, including videotaping and stenographic recording.

| Deponent | Date/Time |
|---|---|
| John B. Kosmatka | April 22nd and April 23rd, 2008, 9:00 a.m. |
| Richard Helmstetter | April 24, 2008 at 9:00 a.m. |
| Dr. Alastair Cochran | May 6, 2008 at 9:00 a.m. |
| Alan Hocknell | May 20, 2008 at 9:00 a.m. |
| Michael A. Catania | May 21, 2008 at 9:00 a.m. |

Matt Cackett                              May 22, 2008 at 9:00 a.m.

Greg Sabella                              June 3, 2008 at 9:00 a.m.

Patrick Burke                             June 4, 2008 at 9:00 a.m.


                                          POTTER ANDERSON & CORROON LLP


OF COUNSEL:                               By:   /s/ David E. Moore
                                                Richard L. Horwitz (#2246)
Joshua C. Krumholz                              David E. Moore (#3983)
Thomas M. Johnston                              Hercules Plaza 6th Floor
Benjamin D. Enerson                             1313 N. Market Street
HOLLAND & KNIGHT LLP                            P.O. Box 951
10 St. James Avenue 11th Floor                  Wilmington, DE  19899
Boston, MA  02116                               Tel:  (302) 984-6000
Tel:  (617) 573-5820                            rhorwitz@potteranderson.com
                                                dmoore@potteranderson.com
Dated:  March 27, 2008
857500 / 31957                            *Attorneys for Defendant Acushnet Company*

2

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

### <u>CERTIFICATE OF SERVICE</u>

I, David E. Moore, hereby certify that on March 27, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 27, 2008, the attached document was Electronically Mailed to the following person(s):

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899-1114
halkowski@fr.com

John E. Gartman
Craig E. Countryman
Jennifer K. Bush
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
gartman@fr.com
countryman@fr.com
bush@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
scherkenbach@fr.com

Michael J. Kane
William R. Woodford
Fish & Richardson P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
kane@fr.com
woodford@fr.com

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

804408 / 31957