IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ACUSHNET COMPANY,<br><br>    Defendant. | C. A. No. 07-367 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the following dates, true and correct copies of the following documents were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**April 15, 2008**

1)   **Callaway Golf Company's Second Set of Interrogatories Propounded to Acushnet Company (Nos. 10-18)**

2)   **Callaway Golf Company's First Set of Requests for Admission to Acushnet (Nos. 1-6)**

**April 16, 2008**

1)   **Callaway Golf Company's Third Set of Interrogatories Propounded to Acushnet Company (Nos. 19-22)**

**BY EMAIL**

| | |
|---|---|
| Richard L. Horwitz<br>  rhorwitz@potteranderson.com<br>David E. Moore<br>  dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801 | Attorneys for Defendant<br>ACUSHNET COMPANY |

**BY EMAIL**

| | |
|---|---|
| Joshua C. Krumholz<br>  Joshua.krumholz@hklaw.com<br>Thomas M. Johnston<br>  Thomas.johnston@hklaw.com<br>Benjamin D. Enerson<br>  Benjamin.enerson@hklaw.com<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA  02116 | Attorneys for Defendant<br>ACUSHNET COMPANY |

Dated:  April 16, 2008            FISH & RICHARDSON P.C.

By:  */s/ Thomas L. Halkowski*
     Thomas L. Halkowski (#4099)
     919 N. Market Street, Suite 1100
     P.O. Box 1114
     Wilmington, DE  19899-1114

     Frank E. Scherkenbach
     225 Franklin Street
     Boston, MA  02110-2804

     Michael J. Kane
     William R. Woodford
     Joshua H. Bleet
     60 South Sixth Street, Suite 3300
     Minneapolis, MN  55402

     Jennifer K. Bush
     Craig E. Countryman
     12390 El Camino Real
     San Diego, CA 92130

Attorneys for Plaintiff
Callaway Golf Company

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2008, I electronically filed with the Clerk of Court the attached **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the document was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Richard L. Horwitz<br>  rhorwitz@potteranderson.com<br>David E. Moore<br>  dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000 | Attorneys for Defendant<br>ACUSHNET COMPANY |

**BY EMAIL**

| | |
|---|---|
| Joshua C. Krumholz<br>  Joshua.krumholz@hklaw.com<br>Thomas M. Johnston<br>  Thomas.johnston@hklaw.com<br>Benjamin D. Enerson<br>  Benjamin.enerson@hklaw.com<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA 02116<br>Telephone: (617) 573-5820 | Attorneys for Defendant<br>ACUSHNET COMPANY |

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski