IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, Plaintiff(s), v. ACUSHNET COMPANY, Defendant(s). | C.A. No. 07-367-SLR |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Nicholas V. Martini to represent Callaway Golf Company in this matter.

Signed: _[signature]_

(Movant's Name and Delaware State Bar Identification Number) Thomas L. Halkowski (#4099)
(Movant's Address) 919 N. Market Street, Suite 1100, Wilmington, DE 19899-1114
(Movant's Telephone Number) (302) 652-5070

Attorney for: Callaway Golf Company

Date: 5/12/08

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
                                     United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon filing of this motion.

Signed: _Nick Martini_

Date: 5/9/08

Nicholas V. Martini
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California 92130

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on May 13, 2008, I have Electronically Mailed the documents to the following person(s):

**BY EMAIL**

| | |
|---|---|
| Richard L. Horwitz<br>  rhorwitz@potteranderson.com<br>David E. Moore<br>  dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone:  (302) 984-6000 | Attorneys for Defendant ACUSHNET COMPANY |

**BY EMAIL**

| | |
|---|---|
| Joshua C. Krumholz<br>Thomas M. Johnston<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA  02116<br>Telephone:  (617) 573-5820 | Attorneys for Defendant ACUSHNET COMPANY |

Joshua C. Krumholz
  joshua.krumholz@hklaw.com
Thomas M. Johnston
  thomas.johnston@hklaw.com

*/s/ Thomas L. Halkowski*
Thomas L. Halkowski