IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>ACUSHNET COMPANY,<br><br>        Defendant. | C. A. No. 07-367 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 8, 2008, true and correct copies of the following documents were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

- Callaway Golf Company's Objections and Responses to Acushnet Company's Subpoena to Crane Custom Clubs
- Callaway Golf Company's Objections and Responses to Acushnet Company's Subpoena to Adams Golf, Inc.
- Callaway Golf Company's Objections and Responses to Acushnet Company's Subpoena to Daiwa Golf Company U.S.A.
- Callaway Golf Company's Objections and Responses to Acushnet Company's Subpoena to Dunlop Sports Group Americas
- Callaway Golf Company's Objections and Responses to Acushnet Company's Subpoena to Bridgestone Golf, Inc.
- Callaway Golf Company's Objections and Responses to Acushnet Company's Subpoena to Kasco U.S.A. (Barkie Inc.)
- Callaway Golf Company's Objections and Responses to Acushnet Company's Subpoena to Fu Sheng U.S.A.
- Callaway Golf Company's Objections and Responses to Acushnet Company's Subpoena to Yonex Corporation U.S.A.
- Callaway Golf Company's Objections and Responses to Acushnet Company's Subpoena to Mizuno U.S.A., Inc.
- Callaway Golf Company's Objections and Responses to Acushnet Company's Subpoena to Goldwin Golf U.S.A.
- Callaway Golf Company's Objections and Responses to Acushnet Company's Subpoena to Taylor Made Golf Company, Inc.

**BY EMAIL**

| | |
|---|---|
| Richard L. Horwitz<br>　rhorwitz@potteranderson.com<br>David E. Moore<br>　dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000 | Attorneys for Defendant<br>ACUSHNET COMPANY |

**BY EMAIL**

| | |
|---|---|
| Joshua C. Krumholz<br>　Joshua.krumholz@hklaw.com<br>Thomas M. Johnston<br>　Thomas.johnston@hklaw.com<br>Benjamin D. Enerson<br>　Benjamin.enerson@hklaw.com<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA  02116<br>Telephone: (617) 573-5820 | Attorneys for Defendant<br>ACUSHNET COMPANY |

Dated: May 13, 2008               FISH & RICHARDSON P.C.

By: */s/ Thomas L. Halkowski*
Thomas L. Halkowski (#4099)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
Telephone:  (302) 652-5070
Facsimile:  (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA  02110-2804
Telephone:  (617) 542-5070
Facsimile:  (617) 542-8906

Michael J. Kane
William R. Woodford
Joshua H. Bleet
60 South Sixth Street, Suite 3300
Minneapolis, MN  55402
Telephone:  (612) 335-5070
Facsimile:  (612) 288-9696

Jennifer K. Bush
Craig E. Countryman
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiff
Callaway Golf Company

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2008, I electronically filed with the Clerk of Court the attached **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the document was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Richard L. Horwitz<br>  rhorwitz@potteranderson.com<br>David E. Moore<br>  dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000 | Attorneys for Defendant<br>ACUSHNET COMPANY |

**BY EMAIL**

| | |
|---|---|
| Joshua C. Krumholz<br>  Joshua.krumholz@hklaw.com<br>Thomas M. Johnston<br>  Thomas.johnston@hklaw.com<br>Benjamin D. Enerson<br>  Benjamin.enerson@hklaw.com<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA  02116<br>Telephone: (617) 573-5820 | Attorneys for Defendant<br>ACUSHNET COMPANY |

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

80060553.doc