IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>ACUSHNET COMPANY,<br><br>        Defendant. | C. A. No. 07-367 (SLR) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that true and correct copies the following documents were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

<u>May 27, 2008</u>

Callaway Golf Company's Supplemental Response to Acushnet Company's First Set of Interrogatories (Nos. 17);

<u>May 29, 2008</u>

Callaway Golf Company's Interrogatory No. 19 to Acushnet; and

Notice of Depositions of Lauren Bissonnette, Nicholas Nardacci, Scott Rice and Steve Murphy.

| **VIA EMAIL** | **VIA EMAIL** |
|---|---|
| Richard L. Horwitz<br>rhorwitz@potteranderson.com<br>David E. Moore<br>dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801 | Joshua C. Krumholz<br>joshua.krumholz@hklaw.com<br>Thomas M. Johnston<br>thomas.johnston@hklaw.com<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA  02116 |

Dated: June 5, 2008          FISH & RICHARDSON P.C.

By: */s/ Thomas L. Halkowski*
Thomas L. Halkowski (#4099)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel:  (302) 652-5070
Fax:  (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Tel:  (617) 542-5070
Fax:  (617) 542-8906

Michael J. Kane
William R. Woodford
Joshua H. Bleet
60 South Sixth Street, Suite 3300
Minneapolis, MN  55402
Tel:  (612) 335-5070
Fax:  (612) 288-9696

**Attorneys for Plaintiff**
**CALLAWAY GOLF COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2008, I have caused the foregoing to be Electronically Mailed to the following person(s):

**BY EMAIL**

| | |
|---|---|
| Richard L. Horwitz<br>  rhorwitz@potteranderson.com<br>David E. Moore<br>  dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000 | Attorneys for Defendant ACUSHNET COMPANY |

**BY EMAIL**

| | |
|---|---|
| Joshua C. Krumholz<br>Thomas M. Johnston<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA  02116<br>Telephone: (617) 573-5820 | Attorneys for Defendant ACUSHNET COMPANY |

Joshua C. Krumholz
  joshua.krumholz@hklaw.com
Thomas M. Johnston
  thomas.johnston@hklaw.com

/s/ Thomas L. Halkowski
Thomas L. Halkowski