IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>ACUSHNET COMPANY,<br><br>        Defendant. | C. A. No. 07-367 (SLR) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on June 6, 2008 **Callaway Golf's Notice of Deposition to Acushnet Pursuant to Federal Rule of Civil Procedure 30(b)(6)** was electronically served on the following attorneys of record:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza – Sixth Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE  19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | Joshua C. Krumholz<br>Thomas M. Johnston<br>Benjamin D. Enerson<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA  02116<br>Joshua.krumholz@hklaw.com<br>Thomas.johnston@hklaw.com<br>Benjamin.enerson@hklaw.com |

Dated: June 9, 2008	FISH & RICHARDSON P.C.


	By: */s/ Thomas L. Halkowski*
	Thomas L. Halkowski (#4099)
	919 N. Market Street, Suite 1100
	P.O. Box 1114
	Wilmington, DE 19899-1114
	Tel:  (302) 652-5070
	Fax:  (302) 652-0607

	Attorneys for Plaintiff
	CALLAWAY GOLF COMPANY


80061667.doc

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2008, I electronically filed with the Clerk of Court the attached **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the document was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Richard L. Horwitz<br>  rhorwitz@potteranderson.com<br>David E. Moore<br>  dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000 | Attorneys for Defendant<br>ACUSHNET COMPANY |

**BY EMAIL**

| | |
|---|---|
| Joshua C. Krumholz<br>  Joshua.krumholz@hklaw.com<br>Thomas M. Johnston<br>  Thomas.johnston@hklaw.com<br>Benjamin D. Enerson<br>  Benjamin.enerson@hklaw.com<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA 02116<br>Telephone: (617) 573-5820 | Attorneys for Defendant<br>ACUSHNET COMPANY |

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

80061667.doc