IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 07-367-SLR |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| ACUSHNET COMPANY, | ) **PUBLIC VERSION** |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

OF COUNSEL:

Joshua C. Krumholz
Thomas M. Johnston
Benjamin D. Enerson
HOLLAND & KNIGHT LLP
10 St. James Avenue 11th Floor
Boston, MA 02116
Tel: (617) 573-5820

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Acushnet Company*

Dated: June 27, 2008
Public Version Dated: July 9, 2008
873216 / 31957

IT IS HEREBY STIPULATED by plaintiff Callaway Golf Company ("Callaway") and defendant Acushnet Company ("Acushnet"), subject to the approval of the Court, that Acushnet may file the attached Third Amended Answer of Acushnet Company to Complaint, Counterclaims and Jury Demand (Exhibit A hereto, blackline version attached as Exhibit B hereto), and that the Third Amended Answer of Acushnet Company to Complaint, Counterclaims and Jury Demand is deemed filed and served as of the date of this Order.

Callaway reserves the right to raise any objection or motion in response to Acushnet's amended pleading.

| FISH & RICHARDSON P.C. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Thomas L. Halkowski* <br> Thomas L. Halkowski (#4099) <br> Fish & Richardson P.C. <br> 919 N. Market Street, Suite 1100 <br> P. O. Box 1114 <br> Wilmington, DE 19899-1114 <br> Telephone (302) 652-5070 <br> halkowski@fr.com <br><br> *Attorneys for Plaintiff* | By: */s/ David E. Moore* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Telephone (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com <br><br> *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2008.

_____
United States District Court Judge

873216

# EXHIBIT 1

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT 2

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**