IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>             Plaintiff,<br><br>     v.<br><br>ACUSHNET COMPANY,<br><br>             Defendant. | C. A. No. 07-367 (SLR) |

# NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 14, 2008, true and correct copies of

**CALLAWAY GOLF'S INTERROGATORIES TO ACUSHNET (NOS. 24-25)** and

**CALLAWAY GOLF'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND**

**THINGS TO ACUSHNET (NOS. 47-50)** were caused to be served on the attorneys of record,

at the following addresses and in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Richard L. Horwitz<br>   rhorwitz@potteranderson.com<br>David E. Moore<br>   dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000 | Attorneys for Defendant<br>ACUSHNET COMPANY |

**BY EMAIL**

Joshua C. Krumholz
 Joshua.krumholz@hklaw.com
Thomas M. Johnston
 Thomas.johnston@hklaw.com
Benjamin D. Enerson
 Benjamin.enerson@hklaw.com
Holland & Knight LLP
10 St. James Avenue, 11th Floor
Boston, MA  02116
Telephone:  (617) 573-5820

Attorneys for Defendant
ACUSHNET COMPANY

Dated: July 15, 2008               FISH & RICHARDSON P.C.

                                   By: */s/ Thomas L. Halkowski*
                                       Thomas L. Halkowski (#4099)
                                       919 N. Market Street, Suite 1100
                                       P.O. Box 1114
                                       Wilmington, DE  19899-1114
                                       Telephone:  (302) 652-5070
                                       Facsimile:  (302) 652-0607

                                       Frank E. Scherkenbach
                                       225 Franklin Street
                                       Boston, MA  02110-2804
                                       Telephone:  (617) 542-5070
                                       Facsimile:  (617) 542-8906

                                       Michael J. Kane
                                       William R. Woodford
                                       Joshua H. Bleet
                                       60 South Sixth Street, Suite 3300
                                       Minneapolis, MN  55402
                                       Telephone:  (612) 335-5070
                                       Facsimile:  (612) 288-9696

                                       John E. Gartman
                                       Jennifer K. Bush
                                       Nicholas V. Martini
                                       Craig E. Countryman
                                       12390 El Camino Real
                                       San Diego, CA 92130
                                       Telephone:  (858) 678-5070
                                       Facsimile: (858) 678-5099

                                   Attorneys for Plaintiff
                                   Callaway Golf Company

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2008, I electronically filed with the Clerk of Court the attached **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the document was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Richard L. Horwitz<br>  rhorwitz@potteranderson.com<br>David E. Moore<br>  dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000 | Attorneys for Defendant<br>ACUSHNET COMPANY |

**BY EMAIL**

| | |
|---|---|
| Joshua C. Krumholz<br>  Joshua.krumholz@hklaw.com<br>Thomas M. Johnston<br>  Thomas.johnston@hklaw.com<br>Benjamin D. Enerson<br>  Benjamin.enerson@hklaw.com<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA 02116<br>Telephone: (617) 573-5820 | Attorneys for Defendant<br>ACUSHNET COMPANY |

*/s/ Thomas L. Halkowski*
Thomas L. Halkowski

80052873.doc