IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>             Plaintiff,<br><br>     v.<br><br>ACUSHNET COMPANY,<br><br>             Defendant. | C. A. No. 07-367 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 25, 2008, a true and correct copy of

**CALLAWAY GOLF'S INTERROGATORIES TO ACUSHNET (NOS. 26-30)** was caused

to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Richard L. Horwitz<br>   rhorwitz@potteranderson.com<br>David E. Moore<br>   dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone:  (302) 984-6000 | Attorneys for Defendant<br>ACUSHNET COMPANY |

**BY EMAIL**

| | |
|---|---|
| Joshua C. Krumholz<br>   Joshua.krumholz@hklaw.com<br>Thomas M. Johnston<br>   Thomas.johnston@hklaw.com<br>Benjamin D. Enerson<br>   Benjamin.enerson@hklaw.com<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA  02116<br>Telephone:  (617) 573-5820 | Attorneys for Defendant<br>ACUSHNET COMPANY |

Dated: July 28, 2008                FISH & RICHARDSON P.C.

By: */s/ Thomas L. Halkowski*
    Thomas L. Halkowski (#4099)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE  19899-1114
    Telephone:  (302) 652-5070
    Facsimile:  (302) 652-0607

    Frank E. Scherkenbach
    225 Franklin Street
    Boston, MA  02110-2804
    Telephone:  (617) 542-5070
    Facsimile:  (617) 542-8906

    Michael J. Kane
    William R. Woodford
    Joshua H. Bleet
    60 South Sixth Street, Suite 3300
    Minneapolis, MN  55402
    Telephone:  (612) 335-5070
    Facsimile:  (612) 288-9696

    John E. Gartman
    Jennifer K. Bush
    Nicholas V. Martini
    Craig E. Countryman
    12390 El Camino Real
    San Diego, CA 92130
    Telephone:  (858) 678-5070
    Facsimile: (858) 678-5099

Attorneys for Plaintiff
Callaway Golf Company

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008, I electronically filed with the Clerk of Court the attached **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the document was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Richard L. Horwitz<br>  rhorwitz@potteranderson.com<br>David E. Moore<br>  dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000 | Attorneys for Defendant<br>ACUSHNET COMPANY |

**BY EMAIL**

| | |
|---|---|
| Joshua C. Krumholz<br>  Joshua.krumholz@hklaw.com<br>Thomas M. Johnston<br>  Thomas.johnston@hklaw.com<br>Benjamin D. Enerson<br>  Benjamin.enerson@hklaw.com<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA 02116<br>Telephone: (617) 573-5820 | Attorneys for Defendant<br>ACUSHNET COMPANY |

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

80052873.doc