IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>    Plaintiff,<br> v.<br><br>ACUSHNET COMPANY,<br><br>    Defendant. | C. A. No. 07-367 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 12, 2008, a true and correct copy of **PLAINTIFF CALLAWAY GOLF COMPANY'S RESPONSES TO DEFENDANT ACUSHNET COMPANY'S SECOND SET OF REQUESTS FOR ADMISSION** was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Richard L. Horwitz<br> rhorwitz@potteranderson.com<br>David E. Moore<br> dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000 | Attorneys for Defendant ACUSHNET COMPANY |

**BY EMAIL**

| | |
|---|---|
| Joshua C. Krumholz<br> Joshua.krumholz@hklaw.com<br>Thomas M. Johnston<br> Thomas.johnston@hklaw.com<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA 02116<br>Telephone: (617) 573-5820 | Attorneys for Defendant ACUSHNET COMPANY |

Dated: July 31, 2008        FISH & RICHARDSON P.C.

By: */s/ Thomas L. Halkowski*
    Thomas L. Halkowski (#4099)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE  19899-1114
    Telephone:  (302) 652-5070
    Facsimile:  (302) 652-0607

    Frank E. Scherkenbach
    225 Franklin Street
    Boston, MA 02110-2804
    Tel:  (617) 542-5070
    Fax:  (617) 542-8906

    Michael J. Kane
    William R. Woodford
    Joshua H. Bleet
    60 South Sixth Street, Suite 3300
    Minneapolis, MN  55402
    Tel:  (612) 335-5070
    Fax:  (612) 288-9696

    John E. Gartman
    Jennifer K. Bush
    Nicholas V. Martini
    Craig E. Countryman
    12390 El Camino Real
    San Diego, CA 92130
    Telephone:  (858) 678-5070
    Facsimile: (858) 678-5099

**ATTORNEYS FOR PLAINTIFF
CALLAWAY GOLF COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2008, I electronically filed with the Clerk of Court **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the document was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Richard L. Horwitz<br>  rhorwitz@potteranderson.com<br>David E. Moore<br>  dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000 | Attorneys for Defendant ACUSHNET COMPANY |

**BY EMAIL**

| | |
|---|---|
| Joshua C. Krumholz<br>  Joshua.krumholz@hklaw.com<br>Thomas M. Johnston<br>  Thomas.johnston@hklaw.com<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA  02116<br>Telephone: (617) 573-5820 | Attorneys for Defendant ACUSHNET COMPANY |

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

80049288.doc