**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CALLAWAY GOLF COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 07-367 (SLR) |
| v. | ) | |
| | ) | |
| ACUSHNET COMPANY, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

**STIPULATION FOR EXTENSION OF TIME**

Plaintiff and Defendant hereby stipulate, subject to the approval of the Court, that Callaway Golf Company's time to answer Acushnet Company's Fourth Amended Answer and Counterclaims in this action is extended to August 22, 2008.

| | |
|---|---|
| FISH & RICHARDSON P.C. | POTTER ANDERSON & CORROON LLP |
| | |
| By: */s/ Thomas L. Halkowski* | By: */s/ Richard L. Horwitz* |
| Thomas L. Halkowski (#4099) | Richard L. Horwitz (#2246) |
| 919 N. Market Street, Suite 1100 | David E. Moore (#3983) |
| P. O. Box 1114 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19899-1114 | 1313 N. Market Street |
| Telephone (302) 652-5070 | Wilmington, DE 19801 |
| halkowski@fr.com | Telephone (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| *Attorneys for Plaintiff* | dmoore@potteranderson.com |
| | |
| | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2008.

_____
United States District Court Judge

80066182.doc