# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

Thomas L. Halkowski
(302) 778-8407

Email
halkowski@fr.com

August 19, 2008

**VIA ELECTRONIC FILING**
**(w/o enclosures)**

The Honorable Sue L. Robinson
United States District Court
   for the District of Delaware
844 King Street
Wilmington, DE  19801

Re:   *Callaway Golf Company v. Acushnet Company*
        USDC-D. Del. - C.A. No. 07-367 (SLR)

Dear Judge Robinson:

Pursuant to Your Honor's request during the discovery conference on August 5, 2008, Callaway Golf respectfully submits for in camera review two documents (attached to the Declaration of Jennifer K. Bush) that Callaway Golf is withholding on the basis of the work product protection.  Callaway Golf also submits two declarations containing privileged information to assist the Court's assessment of the work product status of the documents.

Callaway Golf requests Your Honor to rule that: (1) the two documents being submitted are work product; and (2) Acushnet's speculative inequitable conduct allegations do not meet the high standard of a prima facie showing of fraud required to pierce the work product protection.  *See, e.g.*, *Allergan Inc. v. Pharmacia Corp.*, 2002 WL 1268047, at *1 (D. Del. May 17, 2002) (Robinson, J.) ("Moreover, absent a prima facie showing of fraud, an allegation of inequitable conduct, in and of itself, does not vitiate the attorney-client privilege or the protections of the attorney work product doctrine.").

Respectfully,

/s/ Thomas L. Halkowski

Thomas L. Halkowski

TLH/jrm
Enclosures
cc:    David E. Moore, Esq. (w/o encl)