IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, | |
| Plaintiff, | |
| v. | C. A. No. 07-367 (SLR) |
| ACUSHNET COMPANY, | |
| Defendant. | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that true and correct copies the following documents were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

August 12, 2008

Callaway Golf's Second Notice of Deposition to Acushnet Pursuant to Federal Rule of Civil procedure 30(b)(6)

August 13, 2008

Callaway Golf's Supplemental Response to Acushnet's Interrogatory No. 10

August 20, 2008

Notice of Depositions of Todd Colburn, Chris McGinley, Charles Golden and Scott Burnett

**VIA EMAIL**

Richard L. Horwitz
rhorwitz@potteranderson.com
David E. Moore
dmoore@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza, 6th floor
1313 N. Market Street
Wilmington, DE 19801

**VIA EMAIL**

Joshua C. Krumholz
joshua.krumholz@hklaw.com
Thomas M. Johnston
thomas.johnston@hklaw.com
Holland & Knight LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116

Dated:  August 22, 2008          FISH & RICHARDSON P.C.


By:  */s/ Thomas L. Halkowski*
    Thomas L. Halkowski (#4099)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114
    Tel:  (302) 652-5070
    Fax:  (302) 652-0607

    Frank E. Scherkenbach
    225 Franklin Street
    Boston, MA 02110-2804
    Tel:  (617) 542-5070
    Fax:  (617) 542-8906

    Michael J. Kane
    William R. Woodford
    Joshua H. Bleet
    60 South Sixth Street, Suite 3300
    Minneapolis, MN  55402
    Tel:  (612) 335-5070
    Fax:  (612) 288-9696

    John E. Gartman
    Jennifer K. Bush
    Nicholas V. Martini
    Craig E. Countryman
    12390 El Camino Real
    San Diego, CA 92130
    Telephone:  (858) 678-5070
    Facsimile: (858) 678-5099


    **Attorneys for Plaintiff**
    **CALLAWAY GOLF COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I have caused the foregoing to be

Electronically Mailed to the following person(s):

**BY EMAIL**

Richard L. Horwitz                                      Attorneys for Defendant ACUSHNET
  rhorwitz@potteranderson.com                          COMPANY
David E. Moore
  dmoore@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza, 6th floor
1313 N. Market Street
Wilmington, DE 19801
Telephone:  (302) 984-6000

**BY EMAIL**

Joshua C. Krumholz                                     Attorneys for Defendant ACUSHNET
Thomas M. Johnston                                     COMPANY
Holland & Knight LLP
10 St. James Avenue, 11th Floor
Boston, MA  02116
Telephone:  (617) 573-5820

Joshua C. Krumholz
  joshua.krumholz@hklaw.com
Thomas M. Johnston
  thomas.johnston@hklaw.com

_/s/ Thomas L. Halkowski_
     Thomas L. Halkowski