IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 07-367-SLR |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| ACUSHNET COMPANY, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF DEPOSITION FOR STEVE MCCRACKEN

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Acushnet Company ("Acushnet") will take the deposition of Steve McCracken on September 5, 2008 beginning at 8:00 AM. The deposition will continue from day to day thereafter until completed. The deposition will take place at the offices of Sheppard Mullin Richter & Hampton LLP, 12275 El Camino Real, Suite 200, San Diego, CA 92130. The deposition will be by oral examination and may be recorded by any means permitted under Federal Rules of Civil Procedure, including videotaping and stenographic recording.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Joshua C. Krumholz
Thomas M. Johnston
Benjamin D. Enerson
HOLLAND & KNIGHT LLP
10 St. James Avenue 11th Floor
Boston, MA 02116
Tel: (617) 573-5820

Dated: August 25, 2008
879862 / 31957

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Acushnet Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 25, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 25, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Thomas L. Halkowski<br>Fish & Richardson P.C.<br>919 N. Market Street, Suite 1100<br>P. O. Box 1114<br>Wilmington, DE 19899-1114<br>halkowski@fr.com | Frank E. Scherkenbach<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804<br>scherkenbach@fr.com |
| John E. Gartman<br>Craig E. Countryman<br>Jennifer K. Bush<br>Nicholas V. Martini<br>Fish & Richardson P.C.<br>12290 El Camino Real<br>San Diego, CA 92130<br>gartman@fr.com<br>countryman@fr.com<br>bush@fr.com<br>martini@fr.com | Michael J. Kane<br>William R. Woodford<br>Fish & Richardson P.C.<br>3300 Dain Rauscher Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>kane@fr.com<br>woodford@fr.com |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

804408 / 31957