IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>            Plaintiff,<br><br>      v.<br><br>ACUSHNET COMPANY,<br><br>            Defendant. | C. A. No. 07-367 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 27, 2008 **Callaway Golf's Second Set of Requests for Admission to Acushnet (No. 7-50)** was electronically served on the following attorneys of record:

**BY EMAIL**

Richard L. Horwitz
  rhorwitz@potteranderson.com
David E. Moore
  dmoore@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza, 6th floor
1313 N. Market Street
Wilmington, DE 19801
Telephone:  (302) 984-6000

Attorneys for Defendant
ACUSHNET COMPANY


**BY EMAIL**

Joshua C. Krumholz
  Joshua.krumholz@hklaw.com
Thomas M. Johnston
  Thomas.johnston@hklaw.com
Benjamin D. Enerson
  Benjamin.enerson@hklaw.com
Holland & Knight LLP
10 St. James Avenue, 11th Floor
Boston, MA  02116
Telephone:  (617) 573-5820

Attorneys for Defendant
ACUSHNET COMPANY

Dated:  August 28, 2008  FISH & RICHARDSON P.C.

By: */s/ Thomas L. Halkowski*
Thomas L. Halkowski (#4099)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
Telephone:  (302) 652-5070
Facsimile:  (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA  02110-2804
Telephone:  (617) 542-5070
Facsimile:  (617) 542-8906

Michael J. Kane
William R. Woodford
Joshua H. Bleet
60 South Sixth Street, Suite 3300
Minneapolis, MN  55402
Telephone:  (612) 335-5070
Facsimile:  (612) 288-9696

John E. Gartman
Jennifer K. Bush
Nicholas V. Martini
Craig E. Countryman
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile: (858) 678-5099

*Attorneys for Plaintiff*
*Callaway Golf Company*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2008, I electronically filed with the Clerk of Court the attached **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the document was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Richard L. Horwitz<br>  rhorwitz@potteranderson.com<br>David E. Moore<br>  dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000 | Attorneys for Defendant<br>ACUSHNET COMPANY |

**BY EMAIL**

| | |
|---|---|
| Joshua C. Krumholz<br>  Joshua.krumholz@hklaw.com<br>Thomas M. Johnston<br>  Thomas.johnston@hklaw.com<br>Benjamin D. Enerson<br>  Benjamin.enerson@hklaw.com<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA  02116<br>Telephone: (617) 573-5820 | Attorneys for Defendant<br>ACUSHNET COMPANY |

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

80061667.doc