IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ACUSHNET COMPANY,<br><br>    Defendant. | C. A. No. 07-367 (SLR) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that true and correct copies the following documents were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

September 10, 2008

- Callaway Golf Company's Response to Acushnet Company's Interrogatory (Nos. 21-23)

- Callaway Golf Company's Supplemental Response to Acushnet Company's Interrogatory Nos. 7 and 8

- Callaway Golf Company's Responses to Acushnet's Third Set of Requests for Admission (Nos. 15-34)

September 12, 2008

- Callaway Golf's Supplemental Response to Acushnet's Interrogatory No. 6

September16, 2008

- Notice of Deposition of William Burke

**VIA EMAIL**

Richard L. Horwitz
rhorwitz@potteranderson.com
David E. Moore
dmoore@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza, 6th floor
1313 N. Market Street
Wilmington, DE 19801

Dated: September 17, 2008

**VIA EMAIL**

Joshua C. Krumholz
joshua.krumholz@hklaw.com
Thomas M. Johnston
thomas.johnston@hklaw.com
Holland & Knight LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116

FISH & RICHARDSON P.C.

By: */s/ Thomas L. Halkowski*
　　Thomas L. Halkowski (#4099)
　　919 N. Market Street, Suite 1100
　　P.O. Box 1114
　　Wilmington, DE 19899-1114
　　Tel: (302) 652-5070
　　Fax: (302) 652-0607

　　Frank E. Scherkenbach
　　225 Franklin Street
　　Boston, MA 02110-2804
　　Tel: (617) 542-5070
　　Fax: (617) 542-8906

　　Michael J. Kane
　　William R. Woodford
　　Joshua H. Bleet
　　60 South Sixth Street, Suite 3300
　　Minneapolis, MN 55402
　　Tel: (612) 335-5070
　　Fax: (612) 288-9696

　　John E. Gartman
　　Jennifer K. Bush
　　Nicholas V. Martini
　　Craig E. Countryman
　　12390 El Camino Real
　　San Diego, CA 92130
　　Telephone: (858) 678-5070
　　Facsimile: (858) 678-5099

**Attorneys for Plaintiff
CALLAWAY GOLF COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2008, I have caused the foregoing to be Electronically Mailed to the following person(s):

**BY EMAIL**

| | |
|---|---|
| Richard L. Horwitz<br>  rhorwitz@potteranderson.com<br>David E. Moore<br>  dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000 | Attorneys for Defendant ACUSHNET COMPANY |

**BY EMAIL**

| | |
|---|---|
| Joshua C. Krumholz<br>Thomas M. Johnston<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA  02116<br>Telephone: (617) 573-5820 | Attorneys for Defendant ACUSHNET COMPANY |

Joshua C. Krumholz
  joshua.krumholz@hklaw.com
Thomas M. Johnston
  thomas.johnston@hklaw.com

*/s/ Thomas L. Halkowski*
Thomas L. Halkowski