IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>ACUSHNET COMPANY,<br><br>        Defendant. | C. A. No. 07-367 (SLR) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that true and correct copies the following documents were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

September 18, 2008

- Callaway Golf Company's Response to Acushnet Company's Interrogatory No. 24

September 19, 2008

- Callaway Golf Company's Responses and Objections to Acushnet Company's Second Notice of Rule 30(b)(6) Deposition

- Callaway Golf Company's Responses and Objections to Acushnet Company's Third Notice of Rule 30(b)(6) Deposition

September 22, 2008

- Callaway Golf's Objections to Acushnet's Notice of Deposition of Matt Erickson

- Callaway Golf's Amended Privileged Document Log

- Dr. Kosmatka's Amended Privileged Document Log

September 25, 2008

- Callaway Golf's Second Supplemental Response to Acushnet's Interrogatory No. 6

| | |
|---|---|
| **VIA EMAIL** | **VIA EMAIL** |
| Richard L. Horwitz | Joshua C. Krumholz |
| rhorwitz@potteranderson.com | joshua.krumholz@hklaw.com |
| David E. Moore | Thomas M. Johnston |
| dmoore@potteranderson.com | thomas.johnston@hklaw.com |
| Potter Anderson & Corroon LLP | Holland & Knight LLP |
| Hercules Plaza, 6th floor | 10 St. James Avenue, 11th Floor |
| 1313 N. Market Street | Boston, MA  02116 |
| Wilmington, DE 19801 | |

Dated:  September 26, 2008          FISH & RICHARDSON P.C.


By:  */s/ Thomas L. Halkowski*
     Thomas L. Halkowski (#4099)
     919 N. Market Street, Suite 1100
     P.O. Box 1114
     Wilmington, DE 19899-1114
     Tel:  (302) 652-5070
     Fax:  (302) 652-0607

     Frank E. Scherkenbach
     225 Franklin Street
     Boston, MA 02110-2804
     Tel:  (617) 542-5070
     Fax:  (617) 542-8906

     Michael J. Kane
     William R. Woodford
     Joshua H. Bleet
     60 South Sixth Street, Suite 3300
     Minneapolis, MN  55402
     Tel:  (612) 335-5070
     Fax:  (612) 288-9696

     John E. Gartman
     Jennifer K. Bush
     Nicholas V. Martini
     Craig E. Countryman
     12390 El Camino Real
     San Diego, CA 92130
     Telephone:  (858) 678-5070
     Facsimile: (858) 678-5099

     **Attorneys for Plaintiff**
     **CALLAWAY GOLF COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2008, I have caused the foregoing to be Electronically Mailed to the following person(s):

**BY EMAIL**

| | |
|---|---|
| Richard L. Horwitz<br>  rhorwitz@potteranderson.com<br>David E. Moore<br>  dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone:  (302) 984-6000 | Attorneys for Defendant ACUSHNET COMPANY |

**BY EMAIL**

| | |
|---|---|
| Joshua C. Krumholz<br>Thomas M. Johnston<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA  02116<br>Telephone:  (617) 573-5820 | Attorneys for Defendant ACUSHNET COMPANY |

Joshua C. Krumholz
  joshua.krumholz@hklaw.com
Thomas M. Johnston
  thomas.johnston@hklaw.com

*/s/ Thomas L. Halkowski*
    Thomas L. Halkowski