IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>   Plaintiff,<br><br> v.<br><br>ACUSHNET COMPANY,<br><br>   Defendant. | C. A. No. 07-367 (SLR) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the law firm of Fish & Richardson P.C. is moving to new offices. Effective Monday, October 20, 2008, the firm's new address will be as follows:

Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE  19899-1114

The firm's telephone number, facsimile number, and email addresses will remain unchanged.

Dated:  October 13, 2008   FISH & RICHARDSON P.C.

By: */s/ Thomas L. Halkowski*
Thomas L. Halkowski (#4099)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
Telephone:  (302) 652-5070
Facsimile:  (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA  02110-2804
Telephone:  (617) 542-5070
Facsimile:  (617) 542-8906

Michael J. Kane
William R. Woodford
Joshua H. Bleet
60 South Sixth Street, Suite 3300
Minneapolis, MN  55402
Telephone:  (612) 335-5070
Facsimile:  (612) 288-9696

John E. Gartman
Jennifer K. Bush
Nicholas V. Martini
Craig E. Countryman
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile: (858) 678-5099

*Attorneys for Plaintiff*
*Callaway Golf Company*

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2008, I electronically filed with the Clerk of Court the attached **NOTICE OF CHANGE OF ADDRESS** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the document was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Richard L. Horwitz<br>  rhorwitz@potteranderson.com<br>David E. Moore<br>  dmoore@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone:  (302) 984-6000 | Attorneys for Defendant<br>ACUSHNET COMPANY |

**BY EMAIL**

| | |
|---|---|
| Joshua C. Krumholz<br>  Joshua.krumholz@hklaw.com<br>Thomas M. Johnston<br>  Thomas.johnston@hklaw.com<br>Benjamin D. Enerson<br>  Benjamin.enerson@hklaw.com<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA  02116<br>Telephone:  (617) 573-5820 | Attorneys for Defendant<br>ACUSHNET COMPANY |

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

80069575.doc