AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____Delaware____ on the following  X Patents or ____ Trademarks:

| DOCKET NO.<br>07cv367 | DATE FILED<br>6/8/07 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>Callaway Golf Company | | DEFENDANT<br><br>Acushnet Company |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,348,015 | 2/19/02 | Callaway Golf Company |
| 2 | 6,478,692 B2 | 11/12/02 | Callaway Golf Company |
| 3 | 6,669,579 B2 | 12/30/03 | Callaway Golf Company |
| 4 | 6,685,576 B2 | 2/3/04 | Callaway Golf Company |
| 5 | 6,949,032 B2 | 9/27/05 | Callaway Golf Company |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

*Case closed per the Judge's "so ordering" of D.I. 118, Stipulated order of dismissal (attached.)*

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>*Nicole Fagano* | DATE<br>1/12/08 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**



### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALLAWAY GOLF COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 07-367-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| ACUSHNET COMPANY, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

### STIPULATED ORDER OF DISMISSAL

WHEREAS, plaintiff Callaway Golf Company ("Callaway Golf") and defendant Acushnet Company ("Acushnet") (collectively, the "Parties"), have reached an agreement that resolves all issues between them as to the matters asserted in this lawsuit (C.A. No. 07-367-SLR), but continue to dispute all issues between them regarding C.A. No. 06-91-SLR;

IT IS HEREBY STIPULATED, subject to the approval of the Court, that:

(1) All claims and counterclaims of each Party with regard to C.A. No. 07-367-SLR shall be DISMISSED WITH PREJUDICE pursuant to FRCP 41(a)(1); and

(2) Each Party shall bear its own costs in connection with this action.

| | |
|---|---|
| FISH & RICHARDSON P.C. | POTTER ANDERSON & CORROON LLP |
| | |
| By: */s/ Thomas L. Halkowski* | By: */s/ David E. Moore* |
| Thomas L. Halkowski (#4099) | Richard L. Horwitz (#2246) |
| 222 Delaware Avenue, 17th Floor | David E. Moore (#3983) |
| P. O. Box 1114 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19899-1114 | 1313 N. Market Street |
| Telephone (302) 652-5070 | Wilmington, DE 19801 |
| halkowski@fr.com | Telephone (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2008.

_____
United States District Court Judge

80070483.DOC