OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

UNIT 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 8, 2010

Thomas Lee Halkowski
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

    RE: <u>Callaway Golf Company v. Acushnet Company</u>
         Civ. No. 07-367-SLR

Dear Counsel:

    Pursuant to the Order entered on 1/29/10 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

    ITEM: D.I. #97 and 98.

A copy of the signed acknowledgment has been attached for your records.

                                      Sincerely,
                                      Peter T. Dalleo, Clerk

                                      By: _____

    I hereby acknowledge receipt of the above mentioned documents on____FEB 0 8 2010____.

_____
Signature