OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

UNIT 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 18, 2010

David Ellis Moore
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

RE: Callaway Golf Company v. Acushnet Company
Civ. No. 07-367-SLR

Dear Counsel:

Pursuant to the Order entered on 1/29/10 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEM: D.I. #69, 70, 77, 78, and 95.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: [signature]

I hereby acknowledge receipt of the above mentioned documents on _____.

[signature]
Signature